UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:22-cv-81829-AMC

HOWARD COHAN,

    Plaintiff,

vs.

COMCAST CABLE COMMUNICATIONS, LLC,

    Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant COMCAST CABLE COMMUNICATIONS, LLC ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 13th day of March, 2023.

| BY: *s/ Jason S. Weiss* | BY: *s/ Beth S. Joseph* |
|---|---|
| Jason S. Weiss | Beth S. Joseph |
| Jason@jswlawyer.com | Florida Bar No. 0062952 |
| Florida Bar No. 356890 | beth.joseph@morganlewis.com |
| **WEISS LAW GROUP, P.A.** | **Morgan, Lewis & Bockius LLP** |
| 5531 N. University Drive | 600 Brickell Avenue, Suite 1600 |
| Suite 103 | Miami, FL 33131-2339 |
| Coral Springs, FL 33067 | Telephone: 305.415.3000 |
| Tel: (954) 573-2800 | Facsimile: 305.415.3001 |
| | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |